## FREEDOM TOWER



## OLYMPIC TOWER



Overall view looking north

Overall view looking north

**Exhibit A**