**FREEDOM TOWER**



**OLYMPIC TOWER**



Overall view looking west

Overall view looking west

**Exhibit B**