| **OLYMPIC TOWER** | **FREEDOM TOWER** |
|---|---|
|  Detail plan view of corner | Detail plan view of corner |
|  Detail view of corner |  Detail view of corner |

**Exhibit C**