**OLYMPIC TOWER** | **FREEDOM TOWER**

 

10th Floor Plan | 5th Floor Plan

 

20th Floor Plan | 17th Floor Plan

 

30th Floor Plan | 27th Floor Plan

**Exhibit E.1**

**OLYMPIC TOWER** | **FREEDOM TOWER**



40th Floor Plan



37th Floor Plan



51st Floor Plan



47th Floor Plan



60th Floor Plan



56th Floor Plan

## Exhibit E.2

| OLYMPIC TOWER | FREEDOM TOWER |
|---|---|
|  | |
| 70th Floor Plan | No comparable plan available |
|  | |
| 80th Floor Plan | No comparable plan available |
|  |  |
| 90th Floor Plan | Approximate 90th Floor Plan |

**Exhibit E.3**