**OLYMPIC TOWER**



Ground Plan

**FREEDOM TOWER**



Ground Plan

**Exhibit G**