**OLYMPIC TOWER**



Detail view of entry

**FREEDOM TOWER**



Detail view of arcade

**Exhibit H**