**OLYMPIC TOWER**



Frontal detail view of facade

**FREEDOM TOWER**



Frontal detail view of facade

**Exhibit I**