**OLYMPIC TOWER**



Site Plan

**FREEDOM TOWER**



Site Plan

# Exhibit J