

Competition for Humana Inc. headquarters
Foster Associates
1982

**Exhibit K.1**



Competition for Humana Inc. headquarters
Foster Associates
1982

**Exhibit K.2**



Competition for Humana Inc. headquarters
Foster Associates
1982

**Exhibit K.3**



Competition for Humana Inc. headquarters
Foster Associates
1982

**Exhibit K.4**