**Complaint Exhibit G.5**  **Copyright Registration Exhibit B.2**

 

**Exhibit L**